JP MORGAN CHASE BANK, N.A., Respondent, v JON EDELSON et al., Defendants. C-CON CORP., Proposed Intervenor-Appellant.

Submitted March 12, 2012; decided May 31, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

RICHARD M. METZ, as Personal Representative of the Estate of MARY HELEN METZ, Deceased, et al., Respondents, v STATE OF NEW YORK, Appellant. (And Six Other Related Claims.)

Submitted May 14, 2012; decided May 31, 2012

Motion by City of New York for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH A. ADAMS, Appellant.

Submitted May 21, 2012; decided May 31, 2012

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTIAGO ALVAREZ, Appellant.

Submitted May 29, 2012; decided May 31, 2012

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.